| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number *(If known)*: _____ Chapter 15 |

☐ Check if this is an
amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

---

**1. Debtor's name**

Evgeny M. Morozov

---

**2. Debtor's unique identifier**

**For non-individual debtors**

☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

**For individual debtors**

☐ Social Security number:  xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☑ Other 770301034279 . Describe identifier Individual Entrepreneur .

---

**3. Name of foreign representative(s)**

Yuri N. Demidenko

---

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Arbitrazh Court of Moscow Region, Case No. A41-51200/2014, Moscow RF

---

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

---

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Admission by the Debtor as set forth in Petition.
_____

---

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

---

Debtor    Evgeny M. Morozov
_____
Name

Case number *(if known)*_____

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Russian Federation
_____

**Debtor's registered office:**

d. 1 village Kotovo
_____
Number       Street

_____
P.O. Box

Istinsky, Moscow Region    1    43521
_____
City       State/Province/Region    ZIP/Postal Code

Russian Federation
_____
Country

**Individual debtor's habitual residence:**

d. 1 village Kotovo
_____
Number       Street

_____
P.O. Box

Istinsky, Moscow Region    1    43521
_____
City       State/Province/Region    ZIP/Postal Code

Russian Federation
_____
Country

**Address of foreign representative(s):**

142805, n / o Stupino - 5
_____
Number       Street

Moscow Region
_____
P.O. Box

Chaikovsky, 48/5/37
_____
City       State/Province/Region    ZIP/Postal Code

Russian Federation
_____
Country

---

**10. Debtor's website** (URL)

_____

---

**11. Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

    ❑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑ Partnership

    ❑ Other.  Specify: _____

☑ Individual

---

| Debtor | Evgeny M. Morozov | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

debtor has assets in NY and is a plaintiff in a case in this district

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Yuri N. Demidenko          Yuri N. Demidenko
Signature of foreign representative          Printed name

Executed on  02/25/2019
MM / DD / YYYY

✘ _____          _____
Signature of foreign representative          Printed name

Executed on _____
MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ Edward L. Schnitzer          Date  02/27/2019
Signature of Attorney for foreign representative          MM / DD / YYYY

Edward L. Schnitzer
Printed name
1330 Avenue of the Americas, 14th Floor
Firm name
_____
Number          Street
New York                    NY          10019
City          State          ZIP Code

(212) 259-7300          eschnitzer@ckrlaw.com
Contact phone          Email address

NYS 2867638   SDNY ES6299          NY
Bar number          State