<u>Exhibit 3 to Form 401</u>
Extension Order



60_7589112



**Арбитражный суд Московской области**
107053, г. Москва, проспект Академика Сахарова, д.18
http://asmo.arbitr.ru/

ОПРЕДЕЛЕНИЕ
о продлении срока конкурсного производства

г. Москва                                                                              Дело №А41-51200/14

«26» сентября 2018 года

Арбитражный суд Московской области
в составе: судья Торосян М. Г.,
при ведении протокола судебного заседания секретарём Кон Е. В.,
рассмотрев в судебном заседании в судебном заседании по делу о несостоятельности (банкротстве) ИП Морозова Е.М. итоги процедуры,
при участии в судебном заседании: согласно протоколу,

у с т а н о в и л:

Решением Арбитражного суда Московской области от 02.04.2015 г. индивидуальный предприниматель Морозов Евгений Михайлович (ИНН 770301034279, ОГРН 309774611700052) признан несостоятельным (банкротом), в отношении него открыто конкурсное производство сроком на 6 месяцев, до 30.09.2015 г., исполнение обязанностей конкурсного управляющего возложено на временного управляющего Мальцева Е. М.
Сообщение об открытии конкурсного производства опубликовано в газете «Коммерсантъ» №59 от 04.04.2015 г.
Определением суда от 10.06.2015 г. конкурсным управляющим должника утвержден Демиденко Юрий Никитович.
Срок конкурсного производства в отношении должника неоднократно продлевался и последним определением суда от 27.03.2019 г. был продлен на 6 месяцев, до 30.09.2018 г.
14.09.2018 г. конкурсный управляющий ИП Морозова Е.М. Демиденко Е.М. посредством системы «Мой арбитр» обратился в арбитражный суд с ходатайством о продлении конкурсного производства в отношении должника на шесть месяцев.
Исследовав представленные в дело доказательства в полном объеме, суд установил, что конкурсным управляющим осуществлены не все мероприятия, необходимые для завершения процедуры банкротства в отношении ИП Морозова Е.М.
Согласно п. 2 ст. 129 Федерального закона «О несостоятельности (банкротстве)» конкурсный управляющий обязан произвести оценку стоимости имущества должника; принимать меры, направленные на поиск, выявление и возврат имущества должника, находящегося у третьих лиц; предъявлять к третьим лицам, имеющим задолженность перед должником, требования о ее взыскании в порядке, установленном настоящим Федеральным законом.
В соответствии с п. 2 ст. 124 Федерального закона «О несостоятельности (банкротстве)» срок конкурсного производства может продляться по ходатайству лица, участвующего в деле, не более чем на шесть месяцев.

Необходимость продления конкурсного производства с целью завершения мероприятий, предусмотренных Законом о несостоятельности (банкротстве) в рамках процедуры конкурсного производства подтверждена материалами дела и является документально обоснованной.

Руководствуясь статьей 124 Федерального закона «О несостоятельности (банкротстве)», статьями 184, 185, 223 Арбитражного процессуального кодекса Российской Федерации, Арбитражный суд Московской области

о п р е д е л и л:

Продлить срок конкурсного производства в отношении ИП Морозова Е.М. на 6 месяцев, до 30.03.2019 г.

Назначить судебное заседание по рассмотрению итогов процедуры на 26.03.2019 г. в 10 час. 40 мин., кабинет 705 в помещении суда.

Конкурсному управляющему к указанной дате представить отчет, мотивированное ходатайство о продлении срока конкурсного производства, либо о его завершении, копию ходатайства заблаговременно направить в адрес лиц, участвующих в деле.

Определение подлежит немедленному исполнению и может быть обжаловано в течение четырнадцати дней со дня вынесения определения в Десятый арбитражный апелляционный суд через Арбитражный суд Московской области.


Судья                                                                                                          М.Г. Торосян

Translation into English

60_7589112

**Arbitration Court of the Moscow Region**
18 Academic Sakharov Prospect
Moscow 107053,
http://asmo.arbitr.ru/

**RULING**

Regarding continuance of the term of
the bankruptcy proceeding

City. Moscow                                                                 Case № A 41-51200/14

September 26, 2018

The Arbitration Court of the Moscow Region
Composed of: Judge M. G. Torosyan,
Secretary E.V. Kohn maintaining a record of the proceedings
Having considered in court session the insolvency (bankruptcy) case of E.M. Morozov and the results of the proceeding, with participation in the court hearing: according to protocol,

By the decision of the Arbitration Court of the Moscow Region of April 2, 2015, the individual entrepreneur Morozov Yevgeny Mikhailovich (TIN 770301034279, BIN 309774611700052) was declared insolvent (bankrupt), and in relation thereto bankruptcy proceedings were opened for a period of 6 months, until September 30, 2015, with the duties of manager assigned to the interim trustee, E.M. Maltsev.

Notice of the commencement of bankruptcy proceedings was published in the newspaper "Kommersant" No. 59 on 04/04/2015

Pursuant to that court order dated June 10, 2015, Demidenko, Yuri Nikitovich, was appointed as the debtor's bankruptcy trustee.

The term of the bankruptcy proceedings with respect to the debtor has been extended by previous orders and by the most recent ruling of the court dated September 30, 2-0198, the matter was extended for 6 months until March 27, 2019.

On September 14, 2018, the bankruptcy trustee of EM Morozov, Y.N. Demidenko through the system "My arbitrator" filed with the arbitration court a motion to extend the bankruptcy proceedings against the debtor for six months.

Having fully examined the evidence presented in the case, the court established that not all the measures necessary to complete the bankruptcy procedure with respect to the individual entrepreneur E.M. Morozov have been completed by the bankruptcy trustee.

According to paragraph 2 of Art. 129 of the Federal Law "On Insolvency (Bankruptcy)", the bankruptcy administrator is obliged to assess the value of the debtor's property; take measures aimed at finding, identifying and recovering the property of the debtor from third parties; assert and recover claims against third parties who are in debt to the debtor in accordance with the procedure established by this Federal Law.

Pursuant to paragraph 2 of Art. 124 of the Federal Law "On Insolvency (Bankruptcy)", the term of the bankruptcy proceedings may be extended at the request of a person participating in the case for no more than six months at a time.

The need to extend the bankruptcy proceedings in order to complete the measures provided for by the Insolvency (Bankruptcy) Law in the framework of the bankruptcy proceedings is confirmed by the case materials and is documented.

Guided by Article 124 of the Federal Law "On Insolvency (Bankruptcy)", Articles 184, 185, 223 of the Arbitration Procedure Code of the Russian Federation, the Arbitration Court of the Moscow Region

Order:

Extend the period of liquidation proceedings with respect to E.M. Morozov for 6 months, until 03/30/2019.

Schedule a hearing to review the results of the procedure on 03/26/2019 at 10 o'clock. 40 min., Room 705 in the courtroom.

The bankruptcy trustee, by the date set by the court, shall serve upon persons participating in the case in advance a copy of the moving papers for further extending the term of the bankruptcy proceedings, or regarding the completion of the bankruptcy case,

The ruling is subject to immediate execution and can be appealed within fourteen days from the date of the determination to the Tenth Arbitration Court of Appeal through the Arbitration Court of the Moscow Region.

Judge                                                                                                          M.G. Torosyan