<u>Exhibit 4</u>
Rule 1007 List

## F.R.B.P. 1007(a)(4)(A) CORPORATE OWNERSHIP STATEMENT

Inapplicable. The Debtor is an individual.

## F.R.B.P. 1007(a)(4)(B) LIST

| ALL PERSONS AUTHORIZED TO ADMINISTER THE RUSSIAN INSOLVENCY PROCEEDING ||
|---|---|
| Yuri Nikitovich Demidenko<br>142805, p/o Stupino-5<br>Moscow region<br>Tchaikovsky, 48/5/-37 | |
| **ALL PARTIES TO US PENDING LITIGATION WITH DEBTOR**:<br>*Eugene Morozov and MEM Consulting, Inc. v. ICOBox Hub Inc., ICOBox, Alex Moskovsky, Daria Generalova, Anar Babayev, Nickolay Evdokimov, Michael Raistin, 1280 Ventures LLC, GVA Vestor.In Partners Fund, L.P.,* Case No. 18-03421,<br>U.S. District Court, S.D.N.Y., before the Honorable George B. Daniels ||
| **Plaintiffs** ||
| Eugene Morozov<br>c/o Dimitry Joffe<br>Joffe Law P.C.<br>230 Park Avenue 10th Floor<br>New York, NY 10169 | MEM Consulting Inc.<br>c/o Dimitry Joffe<br>Joffe Law P.C.<br>230 Park Avenue 10th Floor<br>New York, NY 10169 |
| **Defendants** ||
| ICOBox Hub Inc.<br>Anar Babayev<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 | ICOBox<br>Anar Babayev<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 |
| Alex Moskovsky<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 | Daria Generalova<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 |
| Anar Babayev<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 | Nickolay Evdokimov<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 |

2

|  |  |
|---|---|
| Defendants (continued) ||
| Michael Raitsin<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 | 1280 Ventures LLC<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 |
| GVA Vestor.In Partners Fund, L.P.<br>c/o Roman Leonov<br>Vale Law Group<br>111 John Street<br>New York, NY 10038 |  |