**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVGENY M. MOROZOV,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-10629 (SMB) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Pamela Marie Egan, to be admitted, ***pro hac vice***, to represent Yuri Nikitovich Demidenko, (the "Client") in his Capacity as the Financial Administrator and Foreign Representative for the Debtor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Pamela Marie Egan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **March 11th, 2019**
New York, New York

*/s/* **STUART M. BERNSTEIN**
UNITED STATES BANKRUPTCY JUDGE