**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVGENY M. MOROZOV,<br><br>      Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 19-10629 (SMB) |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused copies of the Notice of Status Conference on Verified Petition under Chapter 15 of the United States Bankruptcy Code [ECF Docket No. 17] in the above-captioned matter to be mailed on April 23, 2019 by first-class mail to the parties on the service list, attached hereto as **Exhibit A**, and to be mailed in the Russian Federation on April 24, 2019 to the parties on the service list, attached hereto as **Exhibit B**.

Dated:  New York, New York
         April 26, 2019

                                          *s/ Edward L. Schnitzer*
                                          Edward L. Schnitzer

                                          **CKR Law LLP**
                                          1330 Avenue of the Americas, 14th Floor
                                          New York, New York 10019
                                          T: +1 (212) 259-7307
                                          F: +1 (212) 259-8200
                                          E: eschnitzer@ckrlaw.com
                                          W: www.ckrlaw.com

# Exhibit A

## Creditor List

| Name | Address2 | Address3 | Address4 | Address5 | Address6 |
|---|---|---|---|---|---|
| 1280 Ventures LLC | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| Alex Moskovsky | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| Alla Morozova | 6414 Overhill Rd | Falls Church, VA 22042 | | | |
| Anar Babayev | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| Daria Generalova | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| Evgeny M. Morozov | c/o Alla Morozova | 6414 Over Hill Road | Falls Church, Virginia 22042 | | |
| GVA Vestor.In Partners Fund, L.P. | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| ICOBox | Anar Babayev | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 |
| ICOBox Hub Inc. | Anar Babayev | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 |
| Mark Feldman | Standard Capital Group — USA | 2 Rector Street, Suite 1202 | New York, NY 10006 | | |
| MEM Consulting Inc. | c/o Dimitry Joffe | Joffe Law P.C. | 230 Park Avenue 10th Floor | New York, NY 10169 | |
| Michael Raitsin | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| Mikhail Fabrik | 6414 Overhill Rd | Falls Church, VA 22042 | | | |
| Nickolay Evdokimov | c/o Roman Leonov | Vale Law Group | 75 Maiden Ln 506 | New York, NY 10038-4810 | |
| Yuri Nikitovich Demidenko | 142805, p/o Stupino-5 | Moscow region | Tchaikovsky, 48/5/-37 | Russian Federation | |
| AMCB HB | PO Box 37007 | Baltimore MD 21297-3007 | | | |
| American Anesthesiology of Virginia PC | PO Box 120153 | Grand Rapids MI 49528-0103 | | | |
| American Express | PO Box 6985 | Buffalo NY 14240-6985 | | | |
| American Medical Collections | 4 Westchester Plaza Suite 110 | Elmsford, NY 10523 | | | |
| Audrey Chaing | 338 Spear St Apt 10D | San Francisco CA 94105 | | | |
| Audrey Chaing | c/o McLaughlin Sanchez LLP | 605 Market St, Suite 300 | San Francisco CA 94105 | | |
| City of Berkeley | Citation Processing Center | PO Box 54017 | Los Angeles, CA 90054-0017 | | |
| City of Salinas | % Citation Processing Center | PO Box 10479 | Newport Beach, CA 92656-0479 | | |
| Convergent Outstanding Inc. | PO Box 1280 | Oaks PA 19456-1280 | | | |
| County of Fairfax | Department of Tax Administration | PO Box 10202 | Fairfax VA 22035-0202 | | |
| Credit One Bank | 6801 S Cimarron Rd | Las Vegas, NV 89113 | | | |
| EZ Pass Virginia | P.O. Box 1234 | Clifton Forge, VA 24422 | | | |
| Fairfax Radiological Consultants, PC | 2722 Merrilee Drive, Suite 230 | Fairfax, VA 22031-4400 | | | |
| FastTrack Violation Processing Department | PO Box 26925 | San Francisco CA 94126 | | | |
| Frost-Arnett | PO Box 198988 | Nashville TN 37219-6944 | | | |
| INOVA Hospital | 2990 Telestar Court | Falls Church VA 22042 | | | |
| John Sung | RDS Property | 250 W. 71st Street, #1R | New York NY 10023 | | |
| LDC Collection Systems | PO Box 54017 | Los Angeles, CA 90054-0017 | | | |
| Mulberry Pie, LLC | c/o Newcastle Realty Services LLC | 270 Madison Ave 19th FL | New York NY 10016 | | |
| NCC | PO Box 9156 | Alexandria, VA 22304-0156 | | | |
| NE Virginia Emergency Physicians LLC | PO Box 37993 | Philadelphia PA 19101-7993 | | | |
| Newcastle Realty Services LLC | 270 Madison Ave 19th FL | New York NY 10016 | | | |
| PG&E | Box 997300 | Sacramento CA 95899-7300 | | | |
| Santa Clara Valley Health and Hospital System | PO Box 398765 | San Francisco CA 94139-8765 | | | |
| Seton Emergency Physicians Inc | PO Box 80119 | City of Industry CA 91716-8119 | | | |
| SFMTA | PO Box 649007 | San Francisco, CA 94164-9007 | | | |
| The CBE Group, Inc, | 1309 Technology Pkwy | Cedar Falls, IA 50613 | | | |
| Wells Fargo Dealer Services | PO Box 5075 | Coraopolis PA 15108 | | | |
| Portfolio Recovery Associates, LLC | 120 Corporate Boulevard | Norfolk, VA 23502 | | | |

# Exhibit B

Crediter List

| Name | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|
| AKB Derzhava PAO | Two B. Savvinsky Pereulok (Alley), str. 9, | Moscow 119435 | Russian Federation | |
| AKB RosEvroBank | 24 Vavilova Street | Moscow 119991 | Russian Federation | |
| Alexander V. Tkachev | 97 Prospekt Mira | Moscow 129085 | Russian Federation | |
| Alexander V. Tkachev | General Delivery: | 179 Leninsky Prospekt, Apt. 79 | Voronezh 394063 | Russian Federation |
| Elena N. Berkut | 13 Babakina Street, Apt. 211 | Khimki, Moscow Region, 141407 | Russian Federation | |
| IFNC of Russia for the City of Istra | 12 Sovietskaya Street | Moscow Region, City of Istra | 143500 | Russian Federation |
| Ivan G. Mal'shev | 13a Ivanova St., Apt. 17 | Shchelkovo, Moscow Region | 141100 | Russian Federation |
| Ksenia I. Gryzlova | Three Third Mytishchinskaya St. | Korp. 2, Apt. 122 | Moscow 129626 | Russian Federation |
| Oksana V. Grekul | Three Third Mytishchinskaya St. | Korp. 1, Apt. 204 | Moscow 129626 | Russian Federation |