**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>EVGENY M. MOROZOV,<br><br>    Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No.  19-10629 (SMB) |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the Notice of Filing of Verified Petition under Chapter 15 of the United States Bankruptcy Code, attached as **Exhibit A**, to be mailed by first-class mail on April 23, 2019 to the parties on the service list attached as **Exhibit B** and to be mailed in the Russian Federation on April 24, 2019 to the parties on the service list attached as **Exhibit C**.

Dated:   New York, New York
            April 26, 2019

                                            *s/ Edward L. Schnitzer*
                                            Edward L. Schnitzer

                                            **CKR Law LLP**
                                            1330 Avenue of the Americas, 14th Floor
                                            New York, New York 10019
                                            T: +1 (212) 259-7307
                                            F: +1 (212) 259-8200
                                            E: eschnitzer@ckrlaw.com
                                            W: www.ckrlaw.com

# Exhibit A

**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-9300
Pamela M. Egan (admitted *pro hac vice*)
Edward L. Schnitzer

*Attorneys for Yuri Nikitovich Demidenko in his Capacity as the Financial Administrator and Foreign Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re:                                                                Chapter 15

Evgeny M. Morozov,                                      Case No. 19-10629 (SMB)

Debtor in a Foreign Proceeding.

-------------------------------------------------------x

**NOTICE OF FILING OF VERIFIED PETITION
UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that Yuri Nikitovich Demidenko (the "**Foreign Representative**"), the duly-authorized financial administrator and foreign representative of Evgeny M. Morozov (the "**Debtor**") with respect to the Debtor's insolvency proceeding (the "**Russian Insolvency Proceeding**") pending before the Commercial (Arbitrazh) Court of the Moscow Region pursuant to Russian Federation Federal Law No. 127-FZ "On Insolvency (Bankruptcy)," by and through undersigned counsel, has filed the *Verified Petition Under Chapter 15 for (i) Recognition of the Russian Insolvency Proceeding as a Foreign Main Proceeding Pursuant to 11 U.S.C. §§ 1504, 1509(a), 1515 and 1517 and (ii) Related Relief Pursuant to 11 U.S.C. §§ 542(e), 1507, 1521(a)(4), 1521(a)(5), and 1521(a)(7) and Fed. R.*

*Bankr. P. 2004* (which, together with the official form of voluntary petition submitted herewith, is referred to herein as the "**Petition**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

By the Petition, the Foreign Representative has requested that the Bankruptcy Court enter an order: (a) recognizing the Russian Insolvency Proceeding as a foreign main proceeding; (b) permitting the Foreign Representative to conduct discovery regarding the Debtor's assets, affairs, rights, obligation and liabilities, as more specifically set forth herein; (c) requiring the Debtor to disclose his assets and financial activities and to otherwise cooperate with the Foreign Representative; and (d) ordering turnover of the Debtor's assets located in the United States.

In support of the Petition, the Foreign Representative has submitted with the Petition (i) the Declaration of Georgy Georgevich Murvanidze, (ii) the Declaration of Pamela Marie Egan and (iii) the Request for Judicial Notice, which are enclosed with this Notice. The proposed final order granting recognition of the Russian Insolvency Proceeding is attached as Exhibit B to the Petition.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petition will be provided by email upon request to Daniel Fiore by email at dfiore@ckrlaw.com or phone at (212) 259-8213.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court intends to communicate with a foreign court or foreign representative, specifically with the Commercial (Arbitrazh) Court of the Moscow Region or the Foreign Representative.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Petition shall be (i) made in writing, describe the basis therefore, and indicate the nature and extent of the respondent's interests in the above-captioned case, (ii) filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of

the Bankruptcy Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, NY 10004-1408, on a compact disc, in text-searchable portable document format (PDF) (with a copy delivered directly to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, NY 10004-1408), and (iii) served upon (a) Edward Schnitzer, Esq., CKR Law LLP, 1330 Avenue of the Americas, 14th Floor, New York, New York 10019 and (b) Andy Velez-Rivera, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014.

Dated: April 23, 2019                                          **CKR LAW LLP**

By: */s/ Edward L. Schnitzer*
Pamela M. Egan (admitted *pro hac vice*)
Edward L. Schnitzer
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Email: pegan@ckrlaw.com
Email: eschnitzer@ckrlaw.com

*Attorneys for Yuri Nikitovich Demidenko in his Capacity as the Financial Administrator and Foreign Representative for the Debtor*

3

# Exhibit B

Creditor List

| Name | Address2 | Address3 | Address4 |
|---|---|---|---|
| AMCB HB | PO Box 37007 | Baltimore MD 21297-3007 | |
| American Anesthesiology of Virginia PC | PO Box 120153 | Grand Rapids MI 49528-0103 | |
| American Express | PO Box 6985 | Buffalo NY 14240-6985 | |
| American Medical Collections | 4 Westchester Plaza Suite 110 | Elmsford, NY 10523 | |
| Audrey Chaing | 338 Spear St Apt 10D | San Francisco CA 94105 | |
| Audrey Chaing | c/o McLaughlin Sanchez LLP | 605 Market St, Suite 300 | San Francisco CA  94105 |
| City of Berkeley | Citation Processing Center | PO Box 54017 | Los Angeles, CA 90054-0017 |
| City of Salinas | % Citation Processing Center | PO Box 10479 | Newport Beach, CA 92656-0479 |
| Convergent Outstanding Inc. | PO Box 1280 | Oaks PA 19456-1280 | |
| County of Fairfax | Department of Tax Administration | PO Box 10202 | Fairfax VA 22035-0202 |
| Credit One Bank | 6801 S Cimarron Rd | Las Vegas, NV 89113 | |
| EZ Pass Virginia | P.O. Box 1234 | Clifton Forge, VA 24422 | |
| Fairfax Radiological Consultants, PC | 2722 Merrilee Drive, Suite 230 | Fairfax, VA 22031-4400 | |
| FastTrack Violation Processing Department | PO Box 26925 | San Francisco CA 94126 | |
| Frost-Arnett | PO Box 198988 | Nashville TN 37219-6944 | |
| INOVA Hospital | 2990 Telestar Court | Falls Church VA 22042 | |
| John Sung | RDS Property | 250 W. 71st Street, #1R | New York NY  10023 |
| LDC Collection Systems | PO Box 54017 | Los Angeles, CA 90054-0017 | |
| Mulberry Pie, LLC | c/o Newcastle Realty Services LLC | 270 Madison Ave 19th FL | New York NY  10016 |
| NCC | PO Box 9156 | Alexandria, VA 22304-0156 | |
| NE Virginia Emergency Physicians LLC | PO Box 37993 | Philadelphia PA 19101-7993 | |
| Newcastle Realty Services LLC | 270 Madison Ave 19th FL | New York NY  10016 | |
| PG&E | Box 997300 | Sacramento CA 95899-7300 | |
| Santa Clara Valley Health and Hospital System | PO Box 398765 | San Francisco CA 94139-8765 | |
| Seton Emergency Physicians Inc | PO Box 80119 | City of Industry CA 91716-8119 | |
| SFMTA | PO Box 649007 | San Francisco, CA 94164-9007 | |
| The CBE Group, Inc, | 1309 Technology Pkwy | Cedar Falls, IA 50613 | |
| Wells Fargo Dealer Services | PO Box 5075 | Coraopolis PA 15108 | |
| Portfolio Recovery Associates, LLC | 120 Corporate Boulevard | Norfolk, VA 23502 | |

{00216864.1 / 5854.002}                                                                                                              Page 1 of 1

# Exhibit C

Crediter List

| Name | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|
| AKB Derzhava PAO | Two B. Savvinsky Pereulok (Alley), str. 9, | Moscow 119435 | Russian Federation | |
| AKB RosEvroBank | 24 Vavilova Street | Moscow 119991 | Russian Federation | |
| Alexander V. Tkachev | 97 Prospekt Mira | Moscow 129085 | Russian Federation | |
| Alexander V. Tkachev | General Delivery: | 179 Leninsky Prospekt, Apt. 79 | Voronezh 394063 | Russian Federation |
| Elena N. Berkut | 13 Babakina Street, Apt. 211 | Khimki, Moscow Region, 141407 | Russian Federation | |
| IFNC of Russia for the City of Istra | 12 Sovietskaya Street | Moscow Region, City of Istra | 143500 | Russian Federation |
| Ivan G. Mal'shev | 13a Ivanova St., Apt. 17 | Shchelkovo, Moscow Region | 141100 | Russian Federation |
| Ksenia I. Gryzlova | Three Third Mytishchinskaya St. | Korp. 2, Apt. 122 | Moscow 129626 | Russian Federation |
| Oksana V. Grekul | Three Third Mytishchinskaya St. | Korp. 1, Apt. 204 | Moscow 129626 | Russian Federation |