From: Eugene Morozov <me@morozov.me>
Sent: Friday, August 02, 2019 4:20 PM
To: Michael Brasky <Michael_Brasky@nysb.uscourts.gov>; Nicole Herther-Spiro <nicole_herther-spiro@nysb.uscourts.gov>
Cc: NYSBml_Bernstein's_Chambers_Staff <bernstein.chambers@nysb.uscourts.gov>; Pamela M. Egan <pegan@potomaclaw.com>; Edward L. Schnitzer <ESchnitzer@mmwr.com>
Subject: Request for reimbursement of costs Ch. 15 Case No. 19-10629-smb

Dear Mr Brasky and Ms. Herther-Spiro,

Based on the outcome of August 1, 2019 hearing and Plaintiff's decision to withdraw Petition with prejudice, I respectfully request that the Honorable Stuart M. Bernstein rules that the Foreign Representative and his lawyers reimburse Debtor for all reasonable expenses associated with participation in the hearing in New York on August 1, 2019 as follows:

Court Call for 2 conferences $84
Printing, copying, scanning, binding $243 Mailing $76 Airfare Sacramento-New York-Sacramento $716 Accomodations and meals in New York for 3 days at $220/day = $660 Car rental Alamo plus gas and parking $379

Total $2158

Respectfully,

- Eugene Morozov

# MEMO ENDORSED

    **If the debtor wishes to tax costs, he must do so in compliance with Rule 54(d) and Local District Court Rule 54.1, which is available on the District Court's website. Furthermore, Local District Rule 54.1 shall govern which cost are taxable.**

**SO ORDERED:  August 2, 2019**

                                                                **SMB
USBJ**