UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                      :
                                                            :
                                                            :
Evgeny M. Morozov,                                          :     Chapter 15
                                                            :     Case No. 19-10629 (SMB)
                                                            :
         Debtor in a Foreign Proceeding                     :
---------------------------------------------------------------x

## ORDER DENYING RECOGNITION OF FOREIGN PROCEEDING AND DENYING REQUEST FOR OTHER RELIEF

This matter came before the Court on the *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding* (together with the Form of Voluntary Petitions, the "Verified Petition") filed in the above-captioned matter on February 27, 2019 and with respect to which the Court held a hearing on August 1, 2019 at 11:00 a.m. At the hearing, Evgeny M. Morozov appeared *pro se*. Edward L. Schnitzer and Pamela M. Egan appeared on behalf of the Foreign Representative, Yuri Nikitovich Demidenko. At the hearing, the Foreign Representative withdrew the Verified Petition **with prejudice. [SMB: 8/5/19]**

BASED ON THE FOREGOING IT IS HEREBY ORDERED THAT:

The Verified Petition is **withdrawn** ~~denied~~ with prejudice. **[SMB: 8/5/19]**

**IT IS SO ORDERED.**

Dated: August **5th**, 2019
       New York, New York

                              /s/ STUART M. BERNSTEIN
                              **STUART M. BERNSTEIN**
                              **United States Bankruptcy Judge**