UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                  :
                                                        :
                                                        :
Evgeny M. Morozov,                                      :    Chapter 15
                                                        :    Case No. 19-10629 (SMB)
                                                        :
        Debtor in a Foreign Proceeding                  :
------------------------------------------------------------x

## ORDER DENYING REQUEST FOR COSTS

Upon the request by Evgeny M. Morozov (the "Debtor") for reimbursement of certain costs (the "Request for Costs") relating to the hearing for recognition (the "Recognition Hearing") which was held on August 1, 2019; the opposition filed by Yuri Nikitovich Demidenko, the Foreign Representative on August 23, 2019; and upon the record of the hearing on August 27, 2019 at 10:00 a.m.; and after due deliberation and sufficient cause appearing therefore, it is:

**ORDERED** that the Request for Costs is denied in its entirety with prejudice except as set forth herein;

**ORDERED** that the Debtor has thirty days from entry of this order to submit, pursuant to District Court Local Rule 54.1(c)(5), a request for reimbursement of costs solely for the copying costs of exhibits that were admitted into evidence at the Recognition Hearing.

Dated: **September 4th, 2019**
       New York, New York

                                    /s/ STUART M. BERNSTEIN
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE